CAPSTONE LAW APC
Tarek H. Zohdy (SBN 247775)
Cody R. Padgett (SBN 275553)
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com

*Attorneys for Plaintiff Joseph Kinder*
ARNOLD & PORTER KAYE SCHOLER LLP
TRENTON H. NORRIS (SBN 164781)
trent.norris@arnoldporter.com
TOMMY HUYNH (SBN 306222)
tommy.huynh@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant*
*Woodbolt Distribution, LLC*

# UNITED STATES DISTRICT COURT

# SOURTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KINDER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOODBOLT DISTRIBUTION, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:18-cv-2713-DMS-AGS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Dana M. Sabraw<br><br>Action Filed:  November 30, 2018<br><br>Trial Date:  None Set |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 77.2 of the United States District Court for the Southern District of California, Plaintiff Joseph Kinder ("Plaintiff") and Defendant Woodbolt Distribution, LLC ("Defendant") (collectively, the "Parties") hereby submit the following Joint Stipulation dismissing this action with prejudice:

WHEREAS, Plaintiff filed his operative First Amended Complaint on July 12, 2019 (Dkt. 25);

WHEREAS, Defendant answered Plaintiff's First Amended Complaint on December 24, 2019 (Dkt 36) and filed an Amended Answer on January 14, 2020 (Dkt. 38); and

WHEREAS, the Parties have reached a confidential settlement in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff voluntarily dismisses this action **with prejudice**, as to Plaintiff's individual claims, and **without prejudice** as to the claims of the putative class members. Defendant has consented to this dismissal.

Dated: January 6, 2022                  Respectfully submitted,

Capstone Law APC

By: /s/ Tarek H. Zohdy
Tarek H. Zohdy
Cody R. Padgett

DATED:  January 6, 2022        ARNOLD & PORTER KAYE SCHOLER LLP


By:    */s/ Tommy Huynh*

Attorneys for Defendant

## ATTESTATION

I, Tarek H. Zohdy, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  January 6, 2022              By:    */s/ Tarek H. Zohdy*